# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Wanda M. Moran, ) | |
| ) | **ORDER GRANTING MOTIONS FOR** |
| Plaintiff, ) | **ADMISSION PRO HAC VICE** |
| ) | |
| vs. ) | |
| ) | |
| Michael J. Astrue, ) | Case No. 4:07-cv-073 |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's motion for attorney Charles S. Binder to appear *pro hac vice* on her behalf. In accordance with Local Rule 79.1(D), Mr. Binder has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, Plaintiff's motions (Docket No. 3) is **GRANTED**. Attorney Charles S. Binder is admitted to practice before this court in the above-entitled action on Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge