**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Wanda M. Moran, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Case No. 4:07-cv-073 |
| Defendant. | ) | |

Before the Court is a "Stipulation and Order Regarding Attorney Fees" filed on October 14, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 24) and **ORDERS** that attorney's fees be awarded to the plaintiff in the amount of $4,700.00, along with costs in the amount of $350.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court